UNITED STATES SAVINGS, LOAN & BUILDING Co. *vs.* JOHN AHRENS, *et al.*

Submitted on briefs June 16, 1892. Decided July 1, 1892.

Appeal Dismissed by this Court.

> Notwithstanding the failure of counsel to make the point, an appeal from a nonappealable order for judgment on the pleadings will be dismissed.

Appeal by defendants, John Ahrens and others, from an order of the District Court of Crow Wing County, *Holland,* J., made September 25, 1891. On the trial of the issues plaintiff moved for judgment on the pleadings. The court granted the motion. On motion of defendants, the court stayed proceedings by plaintiff for forty days. Before this stay expired, and before entry of judgment, and without making any motion for a new trial, defendants appealed to this court. Both parties here submitted briefs on the merits of the questions involved.

*J. N. True,* for appellants.

*W. S. McClenahan* and *W. H. Mantor,* for respondent.

PER CURIAM. It was held many years ago in *Rogers* v. *Holyoke,* 14 Minn. 514, (Gil. 387,) that an order for judgment on the pleadings was nonappealable. See, also, *Croft* v. *Miller,* 26 Minn. 317, (4 N. W. Rep. 45,) and cases cited. The point is not made by counsel for respondent, but, following the uniform practice of this court under like circumstances, the appeal is hereby dismissed.

(Opinion published 52 N. W. Rep. 898.)